APPEAL No. 76-107. AUGUSTO AMBROSINO *v.* JOSEPH BEVILACQUA *et al.* This case is assigned to the calendar for May 3, 1977, 9:30 a.m., for oral argument. The petitioner will be expected to *show cause* in what manner the trial justice abused his discretion in denying the petition for mandamus, in view of the trial justice's finding of fact that petitioner had been directed, in writing, to return to his former position, and in view of the trial justice's finding of fact that petitioner's failure to return was attributable to his own lack of diligence. *Giovanni Folcarelli,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondents.

APPEAL No. 76-198. JOHN FEOLE *v.* HART ENGINEERING COMPANY. This case is assigned to the calendar for May 2, 1977, 9:30 a.m., for oral argument. Petitioner will be expected to *show cause* why the decree of the Workmen's Compensation Commission should not be sustained in light of this court's rule that where there is any legal evidence upon which the commission's decree could reasonably be based, its findings are conclusive in the absence of fraud and cannot be disturbed. *Auclair* v. *American Silk Spinning Co.,* 109 R.I. 395, 286 A.2d 253 (1972). *Rudolph E. Boffi,* for petitioner. *Charles H. Anderson,* for respondent.

APPEAL No. 76-428. NOTRE DAME CEMETERY *v.* STATE LABOR RELATIONS BOARD. The Intervenors' motion to dismiss the defendant's appeal and the defendant's motion to remand this case to the Superior Court are assigned to the calendar for May 3, 1977, 9:30 a.m., for oral argument. *David F. Sweeney, Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for Intervenor, for plaintiff. *Vincent F. Kane,* for defendant.